UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 15-80601-CIV-MARRA

LIVE FACE ON THE WEB, LLC,
a Pennsylvania company,

        Plaintiff,

vs.

DAVID D. RACHIMI, an individual, d/b/a
PINPOINT-EMARKETING,

        Defendant.
_____/

## ORDER

This cause is before the Court upon Plaintiff's Response to Order to Show Cause [DE 9].

Plaintiff responded to this Court's Order to Show Cause for Failure to Comply With Fed. R. Civ.

P. 4(m). [DE 8].

Plaintiff has outlined for the Court the efforts it has made to serve Defendant.  Plaintiff

advises the Court that it believes either that Defendant is evading service or has moved to Israel.

Plaintiff asks the Court to grant it leave to serve Defendant via e-mail.

Plaintiff has made an insufficient showing to the Court to warrant granting it permission

to serve Defendant via e-mail.  For example, Plaintiff has made no showing of any attempt to

find and serve Defendant in Israel.  Plaintiff has not addressed any of the considerations set forth

in Fed. R. Civ. P. Rule 4(f).

Since Plaintiff demonstrated that it made some efforts to serve Defendant, the Court will

not dismiss the case at this time.  The Court will give Plaintiff additional time within which to

1

serve Defendant.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff is granted an

extension of time to serve Defendant to and including **December 1, 2015**.

**DONE AND ORDERED** in Chambers in West Palm Beach, Palm Beach County,

Florida, this 1st day of October, 2015.

_____
KENNETH A. MARRA
United States District Court