IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 9:15-80601-cv-MARRA

LIVE FACE ON WEB, LLC,
a Pennsylvania company,

      Plaintiff,

vs.

DAVID D. RACHIMI, an individual, d/b/a
PINPOINT-EMARKETING,
      Defendants.

### NOTICE OF DISMISSAL WITHOUT PREDUJICE

Plaintiff Live Face On Web, LLC ("LFOW"), by and through its undersigned counsel, hereby gives notice of its dismissal without prejudice of the claims asserted by LFOW against David D. Rachimi d/b/a Pinpoint-Emarketing pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted November 12, 2015.

    /s/ Ryan T. Santurri
    Ryan T. Santurri, FL Bar No. 015698
    rsanturri@addmg.com
    ALLEN, DYER, DOPPELT,
    MILBRATH & GILCHRIST, P.A.
    255 South Orange Avenue, #1401
    Orlando, FL  32801
    Telephone:   (407) 841-2330
    Facsimile:   (407) 841-2343

*Attorney for Plaintiff,*
*Live Face On Web, LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 12, 2015, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF filing system.  I also certify that the foregoing document is being served this date on all counsel of record or pro se parties on the Service List below, either via transmission of Notices of Electronic Filing generated by the CM/ECF system or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Ryan T. Santurri*
Ryan T. Santurri

## SERVICE LIST

*Live Face on Web, LLC v. David D. Rachimi, d/b/a Pinpoint-EMarketing*
Case No. 0:15-cv-80601-MARRA
United States District Court, Southern District of Florida

Ryan T. Santurri
Florida Bar No. 15698
rsanturri@addmg.com
ALLEN, DYER, DOPPELT, MILBRATH
& GILCHRIST, P.A.
255 South Orange Avenue, Suite 1401
Post Office Box 3791
Orlando, FL  32802-3791
Telephone:    407-841-2330
Facsimile:     407-841-2343

*Attorney for Plaintiff,*
*LIVE FACE ON WEB, LLC*